IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| PONTCHARTRAIN PARTNERS, LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO.  2:21-cv-01765-WBV-DMD |
| TIERRA DE LOS LAGOS, LLC d/b/a BEE SAND COMPANY | § § § | JURY TRIAL DEMANDED |
| | § § § § | |
| Defendant. | § | |

## PROPOSED ORDER GRANTING BEE SAND'S MOTION TO DISMISS ANTICIPATORY LAWSUIT AND MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF TEXAS, GALVESTON DIVISION, IN THE ALTERNATIVE

On this day, the Court considered Defendant Tierra De Los Lagos, LLC d/b/a Bee Sand Company's Motion to Dismiss Anticipatory Lawsuit and Motion to Transfer Venue to the Southern District of Texas, Galveston Division, In the Alternative filed in the above-captioned cause.  After due consideration, the Court is of the opinion that the motion should be granted.

Accordingly, **IT IS ORDERED** that Defendant Tierra De Los Lagos, LLC d/b/a Bee Sand Company's "Motion to Dismiss Anticipatory Lawsuit and Motion to

-2-

Transfer Venue to The Southern District of Texas, Galveston Division, In the Alternative," be, and hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned cause be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this \_\_\_\_ day of _____, 2021.

_____
THE HONORABLE WENDY VITTER
United States District Judge