IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| PONTCHARTRAIN PARTNERS, LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:21-cv-01765-WBV-DMD |
| TIERRA DE LOS LAGOS, LLC d/b/a BEE SAND COMPANY | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF SUBMISSION

Please take notice that on Tuesday, November 2, 2021 at 9:30 a.m. Defendant Tierra De Los Lagos, LLC d/b/a Bee Sand Company's Motion to Dismiss Anticipatory Lawsuit and Motion to Transfer Venue to the Southern District of Texas, Galveston Division, will be heard by submission in the United States District Court, Eastern District of Louisiana, New Orleans Division.

-2-

Respectfully submitted,



By: */s/ Robert H. Ford*
    Robert H. Ford
    Fed ID No. 1392569
    rford@bradley.com
    Melissa S. Gutierrez
    Fed ID No. 2255351
    mgutierrez@bradley.com
    600 Travis, Suite 4800
    Houston, Texas 77002
    713-576-0300 – Telephone
    713-576-0301 – Facsimile

    **ATTORNEY FOR DEFENDANT**
    **TIERRA DE LOS LAGOS, LLC d/b/a**
    **BEE SAND COMPANY**