UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PONTCHARTRAIN PARTNERS, LLC** | **CIVIL MATTER** |
| **VERSUS** | **NO. 21-1765** |
| **TIERRA DE LOS LAGOS, LLC d/b/a BEE SAND COMPANY** | **SECTION D (3)** |

## JUDGMENT

The Court having granted Defendant Tierra De Los Lagos, LLC d/b/a Bee Sand Company's Motion to Dismiss Anticipatory Lawsuit and Motion to Transfer Venue to the Southern District of Texas, Galveston Division, in the Alternative (R. Doc. 10) and having dismissed Pontchartrain Partners, LLC's Petition without prejudice (R. Doc. 36); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Pontchartrain Partners, LLC's case is dismissed.

New Orleans, Louisiana, April 21, 2022.

_____
**WENDY B. VITTER**
**United States District Judge**